# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2462

_____

| | | |
|---|---|---|
| Xi Dan Tang, | * | |
| | * | |
| Petitioner, | * | Petition for Review of |
| | * | an Order of the Board |
| v. | * | of Immigration Appeals. |
| | * | |
| Eric H. Holder, Jr.,[1] | * | [UNPUBLISHED] |
| Attorney General of the United States, | * | |
| | * | |
| Respondent. | * | |

_____

Submitted: October 16, 2009
Filed: December 18, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Xi Dan Tang petitions for review of an order of the Board of Immigration Appeals (BIA) denying her December 2007 motion to reopen. After careful review, we conclude the BIA acted within its discretion both in denying the motion to reopen as untimely because it was filed more than 90 days after the BIA's November 2002 final order, and in refusing to waive the time limitation because Tang failed to show

_____

[1]Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Eric H. Holder, Jr., is automatically substituted for Michael B. Mukasey as Respondent.

changed country conditions since her 2001 removal hearing.  <u>See</u> 8 U.S.C. § 1229a(c)(7)(C)(i), (ii); <u>Li Yun Lin v. Mukasey</u>, 526 F.3d 1164, 1165-66 (8th Cir. 2008); <u>Zheng v. Mukasey</u>, 509 F.3d 869, 871-72 (8th Cir. 2007).  Accordingly, we deny the petition.

_____